UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| XP SERVICES, INC., RODNEY ALLISON, and THE RODNEY ALLISON 2019 IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN PHILLIP HALL II and TRICION, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:26-CV-72-KAC-DCP |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, Rules of this Court, and Standing Order 13-02.

The Court is in receipt of the parties' position statement submitted to chambers on November 6, 2026, which sets forth sixty issues and other matters on 83 pages. As presented, the parties' position statement does not comply with previous instructions given during the telephonic hearing on October 7, 2026. Furthermore, the Court has reviewed the parties' statement and finds that they have not meaningfully met and conferred or have otherwise presented inappropriate objections. For instance, it appears Plaintiff objected to certain discovery because they have a pending motion for summary judgment. This does not constitute sufficient grounds for an objection to discovery. Plaintiff also raises objections in reliance on claims withdrawn but not entirely removed from the pleadings. Similarly, Defendant raises issues that are not yet ripe. These issues need to be excluded until the parties have gone through the correct discovery dispute procedures.

Defendant further complains that Plaintiffs' production is not produced in an organized fashion. Plaintiffs dispute this objection, but it appears the parties could meet and confer on this issue.

Given that, the parties shall appear before the Court as scheduled at 9:30 a.m. on Thursday, November 12, 2026, to receive further instruction and to participate in a meet and confer on the issues raised in the 83-page position statement. The court will thereafter hold a status conference with the parties on the remaining disputes at 1:30 p.m.

**IT IS SO ORDERED.**

**ENTER:**

Debra C. Poplin
United States Magistrate Judge